FILED
2014 May-14  PM 01:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-14-HGD-0890-S

Case #: _____

**In The United States District Court**

**For the Northern District of Alabama**

**Birmingham, Alabama.**

| Plaintiff | | Defendants |
|---|---|---|
| **Kess Tani**<br>**7528 67ᵗʰ Courtway S.,**<br>**Birmingham, AL 35212**<br>**E-Mail: kess.tani@yahoo.com** | Vs. | **Walter Energy, Inc., et al**<br>**aka Walter Coke, Inc., et al**<br>**aka Jim Walter Resources, Inc. et al** |

# Title: Civil Rights Violations, And Radioactive Material, Toxic Materials/Compounds And Heavy Metals Control Statutes/Laws/Regulations/Rules/Policy Violations.

Case #: _____

**Trial By Jury Demanded**

Case #: _____ _____

# **TABLE OF CONTENTS.**

1. Introduction ……………………………………………………………………………… 3

2. Elements of Law Suit ………………………………………………………………… 7

3. Background …………………………………………………………………………… 11

4. Statement of Material Facts & Claims……………………………………………… 12

5. Analysis of Defendants' Liability………………………………………..……..…… 20

6. Defendants' Improper Ulterior Motive(s)……………………………………….…... 21

7. Direct/Proximate Causation of Defendants' Unlawful Actions...……………………….. 22

8. Harm/Injuries Sustained By the Plaintiff………………………..…………………….... 23

9. Claims/Counts ……………………………………………………………………..… 24

10. Exhibit(s) 1 ……..…………………………………………………………….………… 28

Case #: _____

# INTRODUCTION

Kess Tani (Hereinafter Referred to as Plaintiff) Hereby Initiate a Civil Rights, Radioactive and Toxic Materials/Compound Tort Law Violations Complaint, for Declaratory, Injunctive, Compensatory Damages, Statutory Damages, Attorneys' Fees, Cost of Action, and Punitive Damages, Sought Against Walter Energy, Inc., et al; aka Walter Coke, Inc., et al; aka Jim Walter Resources, Inc., et al, in the Above Titled Case, and Allege/Assert the Following Claims/Violations Against the Instant Defendant(s):

1. Defendant(s)' Unlawfully, Unilaterally, Arbitrarily, Negligently, Maliciously, Capriciously, Malevolently, Willfully, Intentionally, Recklessly, Blatantly and Deliberately *Exposed My Person, My Homestead and My Vehicle(s) To Known Abnormal Levels of Radioactive and Toxic Materials/Compounds and Heavy Metals In Clear Violation of My Established and Guaranteed Constitutional 4th, 5th, 6th & 14th Amendment Rights of the U.S. Constitution and State of Alabama Declaration of Rights; U.S. EPA* Toxic Substance Control Act (TSCA) 15 U.S.C § 2601 et seq. (1976); *U.S. EPA* Clean Water Act (CWA) 33 U.S.C § 1251 et seq. (1972); *U.S. EPA* Clean Air Act (CAA) 42 U.S.C § 7401 et seq. (1972) and *U.S. EPA* Resource Conservation and Recovery Act (RCRA) 42 U.S.C. § 6901 et seq. (1976) On or About June 10th, 2012 To Present, At My Homestead Located At 3510 41th Avenue North, Collegeville, Birmingham, Alabama, To *The Following Known Abnormally High Levels of Radioactive and Toxic Materials/Compounds and Heavy Metals:*

   a. Toxic Industrial Hydrogen Cyanide Waste.
   b. Toxic Industrial Lead Waste.
   c. Radioactive Industrial Arsenic Waste.
   d. Radioactive Industrial Radium Waste.
   e. Toxic Industrial Chromium Waste.
   f. Toxic Industrial Phenol Waste.
   g. Toxic Industrial Copper Waste.
   h. Industrial Polycyclic Aromatic Hydrocarbons Waste.

Case #: _____

    i.  Industrial Benzo(a)Antracene Waste; Industrial Benzo(a)Pyrene Waste.

    j.  Industrial Benzo(b)Fluoranthene Waste; Industrial Benzo(k)Fluoranthene Waste.

    k.  Industrial Dibenzo(a,h)Antracene Waste.

    l.  Industrial Chrycene Waste.

    m.  Industrial Indeno(1,2,3-cd)Pyrene Waste, etc.

2. Defendant(s)' Unlawfully, Unilaterally, Arbitrarily, Negligently, Maliciously, Capriciously, Malevolently, Willfully, Intentionally, Recklessly, Blatantly and Deliberately ***Damaged, Devalued, and Rendered My Homestead Uninhabitable, Damaged, Devalued My Properties and Damaged, Devalued My Vehicle(s) Via Airborne and Waterborne Contamination, Pollution, Discharges/Releases From Known Radioactive Materials/Compounds, as a Direct/Proximate Result of Defendant(s)' Mining, Blasting, Explosions, and Production Activities***, Resulting in:

        **a.**  Red Hot Coals/Coke Raining Down On My Person, My Homestead and My Vehicle(s), *In Clear Violation of the Provisions of* ***My Established and Guaranteed Constitutional 4th, 5th, 6th & 14th Amendment Rights of the U.S. Constitution and State of Alabama Declaration of Rights; U.S. EPA* Toxic Substance Control Act (TSCA) 15 U.S.C § 2601 et seq. (1976); *U.S. EPA* Clean Water Act (CWA) 33 U.S.C § 1251 et seq. (1972); *U.S. EPA* Clean Air Act (CAA) 42 U.S.C § 7401 et seq. (1972) and *U.S. EPA* Resource Conservation and Recovery Act (RCRA) 42 U.S.C. § 6901 et seq. (1976).**

Case #: _____

    **b.** Raining Down of Unknown/Unanalyzed Chemical Compounds On My Person, My Yard, My Homestead and My Vehicle(s), *In Clear Violation of the Provisions of My Established and Guaranteed Constitutional 4th, 5th,6th & 14th Amendment Rights of the U.S. Constitution and State of Alabama Declaration of Rights; U.S. EPA* **Toxic Substance Control Act (TSCA) 15 U.S.C § 2601 et seq. (1976);** *U.S. EPA* **Clean Water Act (CWA) 33 U.S.C § 1251 et seq. (1972);** *U.S. EPA* **Clean Air Act (CAA) 42 U.S.C § 7401 et seq. (1972)** and *U.S. EPA* **Resource Conservation and Recovery Act (RCRA) 42 U.S.C. § 6901 et seq. (1976)**

    **c.** Non Stop Noise Pollution From ***Semi-Trucks and Trains*** Blasting Their Sirens/Horns, Going in and Out of Defendant(s)' Facilities Approximately Every Five (5) Minutes, 24 Hours Per Day, 7 Days Per Week (24/7), Resulting in One of The Major Reasons For My Total Inability/Lack of Sleep or a Restful Day or Night, Stress and High Blood Pressure,  *In Clear Violation of Provisions of  My Established and Guaranteed Constitutional 4th, 5th,6th & 14th Amendment Rights of the U.S. Constitution and  State of Alabama Declaration of Rights; U.S. EPA* **Noise Control Act (NCA) 42 U.S.C § 4901 et seq. (1972).**

  *3.* Defendant(s) Unlawfully, Unilaterally, Arbitrarily, Negligently, Maliciously, Capriciously, Malevolently, Willfully, Intentionally, Recklessly, Blatantly and Deliberately ***Disposed, Almost Daily, Known Radioactive, Toxic, Materials/Compounds and Heavy Metals/Hazardous Waste, At  the End of 41st Avenue North, Collegeville, Birmingham, Alabama,*** in an Open Environment, that is Blown By Wind and Gets Air Borne and Subsequently Inhaled/Ingested During the Dry Months of the Year, *In Clear Violation of Provisions of  My Established and Guaranteed Constitutional 4th, 5th,6th & 14th Amendment Rights of the U.S. Constitution and State of Alabama Declaration of Rights;* and *U.S. EPA* **Toxic Substance Control Act (TSCA) 15 U.S.C § 2601 et seq. (1976),** *U.S. EPA* **Clean Air Act (CAA) 42 U.S.C § 7401 et seq. (1972)** and U.S. EPA **Resource Conservation and Recovery Act (RCRA) 42 U.S.C. § 6901 et seq. (1976).**

**Case #:** _____ _____

4. Defendant(s) Unlawfully, Unilaterally, Arbitrarily, Negligently, Maliciously, Capriciously, Malevolently, Willfully, Intentionally, Recklessly, Blatantly and Deliberately ***Disposed, Almost Daily, Known Radioactive, Toxic Materials/Compounds and Heavy Metals/Hazardous Waste, At the End of 41st Avenue North, Collegeville, Birmingham, Alabama,*** in an Open Environment, that Gets Eroded by Rain, Melting Snow and Ice and Carried By Waterways to My Homestead and Damages My Property During the Rainy and Winter Seasons of the Year, *In Clear Violation of Provisions of* ***My Established and Guaranteed Constitutional 4th, 5th,6th & 14th Amendment Rights of the U.S. Constitution and  State of Alabama Declaration of Rights;*** and ***U.S. EPA*** **Toxic Substance Control Act (TSCA) 15 U.S.C § 2601 et seq. (1976),** ***U.S. EPA*** **Clean Water Act (CWA) 33 U.S.C § 1251 et seq. (1972),** ***U.S. EPA*** **Resource Conservation and Recovery Act (RCRA) 42 U.S.C. § 6901 et seq. (1976).**

Case #: _____

# ELEMENTS OF LAWSUIT.

## STATUTES OF LIMITATION.

5. The U.S. "Statutes of Limitation" for "Personal Injury Tort" is Three (3) Years.

6. The U.S. "Statutes of Limitation" for "Property Damage Tort" is Three (3) Years.

7. Alabama State "Statutes of Limitation" For "Personal Injury Torts" is Two (2) Years.

8. Alabama State "Statutes of Limitation" for "Property Damage Torts" is Six (6) Years.

9. Alabama State "Statutes of Limitation" for "Negligence Torts" is Two (2) Years.

10. Alabama State "Statutes of Limitation" for "Intentional Torts" is Two (2) Years.

11. Injuries/Harm Sustained by Myself Began On or About June 10th, 2012.

12. This Instant Law Suit was Filed On or About May 15th, 2014.  This Case is Timely Filed and Well Within the "Statutes of Limitation" Delineated Above.  This Law Suit is Not Time Barred.

Case #: _____

# JURISDICTION, DIVERSITY, AND VENUE,

## JURISDICTION.

*13.* Jurisdiction, Declaratory and Injunctive Relief is Proper Under this Court, and Invoked Pursuant to ***My Established and Guaranteed Constitutional 4th, 5th, 6th & 14th Amendment Rights of the U.S. Constitution and State of Alabama Declaration of Rights,*** **U.S. EPA Toxic Substance Control Act (TSCA) 15 U.S.C § 2601 et seq. (1976); U.S. EPA Clean Water Act (CWA) 33 U.S.C § 1251 et seq. (1972); U.S. EPA Clean Air Act (CAA) 42 U.S.C § 7401 et seq. (1972), and U.S. EPA Resource Conservation and Recovery Act (RCRA) 42 U.S.C. § 6901 et seq. (1976).**

## DIVERSITY.

14. I Am a Natural Person, and a Black African American Citizen of the United States of America, Domiciled in the Great State of Alabama, and a Resident Citizen of Jefferson County, Alabama.

15. Defendant(s) – Walter Energy, Inc., et al; aka Walter Coke, Inc., et al, and aka Jim Walter Resources, Inc., are Registered Delaware (NAICS 21) Corporations That Mine Coal, Coke and Produce Fibers For Industrial Applications and Smelters (i.e. Oil and Gas Extraction, Mining, Quarrying, Naturally Occurring Mineral Solids, Such as Coal and Ores; Liquid Minerals, Such as Crude Petroleum; and Gases, Such as Natural Gas).

16. This Honorable Court Has Pendant and Supplemental Jurisdiction Over Any and All State Claims Alleged in this Complaint Against the Defendant(s).

17. The Claims/Issues Raised in this Complaint Exceeds the Value of $75,000.00.

Case #: _____

## VENUE.

18. Venue is Proper and Applicable, Because:

  ❏ A Substantial Part of the Defendant(s)' Unlawful Tortuous Acts and Injuries/Harm Sustained
    By Myself, My Homestead, My Properties and My Vehicle(s) Occurred in the Great State of
    Alabama.

  ❏ Defendant(s) Conducts Business and Own Real Estate and Properties in the Great State of
    Alabama.

  ❏ Defendant(s) are Subject to Personal Jurisdiction By this Honorable Court.

# PARTIES

**PLAINTIFF**

19. **PLAINTIFF** is an Intelligent, Hard Working, Law Abiding Black African American Male;
   Electrical/Nuclear Engineer; Inventor; Writer; and Nuclear Cyber Security Subject Matter Expert,
   Who Has Worked For Over Thirty-Five (35) Years as a Nuclear Reactor Inspector; Nuclear
   Cyber Security Subject Matter Expert; and Electronic Communications and Radar Systems
   Reverse Engineering Expert For the U.S. Department of Homeland Security and Industrial
   Clients, as an Independent Contractor. Plaintiff is a Citizen of the United States, Domiciled in
   this Great State of Alabama and a Resident Citizen of Jefferson County, Alabama.

20. **DEFENDANTS –** WALTER ENERGY, INC., ET AL; aka WALTER COKE, INC., ET AL; and
   aka JIM WALTER RESOURCES, INC. (Are Registered Delaware (NAICS 21) Corporations
   That Mine Coal, Coke and Produce Fibers For Industrial Applications and Smelters (i.e. Oil and
   Gas Extraction, Mining, Quarrying, Naturally Occurring Mineral Solids, Such as Coal
   and Ores; Liquid Minerals, Such as Crude Petroleum; and Gases, Such as Natural Gas)).

Case #: _____

21. **DEFENDANTS** –WALTER J. SCHELLER; DANIEL P. CARTWRIGHT; JIM WALTER
RESOURCES, INC.; RICHARD A. DONNELLY; EARL H. DOPPELT; MICHAEL D. GRIFFIN;
MICHAEL L. HURLEY; THOMAS J. LYNCH; MICHAEL T. MADDEN; ROBERT P. KERLEY;
BOARD OF DIRECTORS (MICHAEL T. TOKARZ; DAVID R. BEATTY; MARY R.
"NINA" HENDERSON; JERRY W. KOLB; PATRICK A. KRIEGSHAUSER; JOSEPH
B. LEONARD; GRAHAM MASCALL; BERNARD G. RETHORE; WALTER J.
SCHELLER, III; A.J. WAGNER); AND INDIVIDUAL SHARE HOLDERS.

Case #: _____

# BACKGROUND.

22. This Law Suit Arises As a Direct Result of Defendant(s)' June 10th, 2012 To Present Unlawful, Unilateral, Arbitrary, Negligent, Malicious, Capricious, Malevolent, Willful, Intentional, Reckless, Blatant and Deliberate Discharge/Release/Storage of Known Abnormally High Levels of Airborne, Waterborne Radioactive, Toxic Materials/Compounds and Heavy Metals Run Offs and Migration From Rain/Snow and Ice Melt, and Defendant(s)'Facility/Process Water Discharges, On My Person, My Homestead Located At 3510 41st Avenue North, Collegeville, Birmingham, Alabama, My Properties, and My Vehicle(s), and Causing Damages and Devaluing My Homestead, Properties and Vehicle(s).

23. On or About April 14th, 2014, I Mailed a "Notice of Intent To Sue" to the Defendant(s) Via Defendants Registered Agents - CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, Alabama 36104, Requesting An Amicable "Out of Court Mediation/Settlement".

24. I Allege/Assert Herein that the Defendant(s)' Unlawful, Unilateral, Arbitrary, Negligent, Malicious, Capricious, Malevolent Willful, Intentional, Reckless, Blatant and Deliberate Mining, Blasting, Explosions, Industrial and Transportation Noises and Operational Activities, are the Direct/Proximate Results of My Illnesses, and Damages to My Homestead, My Properties and My Vehicle(s), Rendering My Homestead Uninhabitable From Contamination, Falling Red Hot Coals/Coke and Pollution From Abnormally High Levels of Known Deadly/Toxic/Carcinogenic, Radioactive, Toxic Material/Compounds and Heavy Metals on My Person, My Homestead and My Vehicle(s) From Unlawful Discharges/Releases/Storage and Migrations From the Defendant(s)' Facilities on Shuttleworth Drive, and 35th Avenue North, Collegeville, Birmingham, Alabama, and 41st Avenue North, Collegeville, Birmingham, Alabama To My Person, My Homestead, My Properties and My Vehicle(s).

Case #: ___ _____

# STATEMENT OF MATERIAL FACTS & CLAIMS.

25. I Am a Citizen of the United States, Domiciled in this Great State of Alabama and a Resident Citizen of Jefferson County, Alabama.

26. I Own and Lived At My Homestead Located At 3510 41st Avenue North, Collegeville, Birmingham, Alabama.

27. My Homestead is Approximately 200 Feet (200'.00) From the Defendant(s)' Facilities Ingress/Egress Gate, and Approximately 400 Feet (400'.00) from the Defendant(s)' Airborne Waste Discharge Stacks, and Waterway Discharges and Run-Offs, and Defendant(s)' Process Water Discharges on Shuttleworth Drive, Collegeville, Birmingham, Alabama.

28. On or About June 10th, 2012 To Present, Defendant(s), Without Judicial, Regulatory Nor My Consent/Sanction, and With Deliberate Indifference to the "Rule of Law", Defendant(s) Unlawfully, Unilaterally, Arbitrarily, Negligently, Maliciously, Capriciously, Malevolently, Willfully, Intentionally, Recklessly, Blatantly and Deliberately, and With Total Reckless Disregard for My Life, Safety, Security, Health, Liberty and Enjoyment of My Property as Established and Guaranteed By *__My Established and Guaranteed Constitutional  4th, 5th,6th &__* *__14th Amendment Rights of the U.S. Constitution and  State of Alabama Declaration of Rights;__* *__U.S. EPA__* **Toxic Substance Control Act (TSCA) 15 U.S.C § 2601 et seq. (1976);** *__U.S. EPA__* **Clean Water Act (CWA) 33 U.S.C § 1251 et seq. (1972);** *__U.S. EPA__* **Clean Air Act (CAA) 42 U.S.C § 7401 et seq. (1972) and** *__U.S. EPA__* **Resource Conservation and Recovery Act (RCRA) 42 U.S.C. § 6901 et seq. (1976)**, *__Has and Continue to__* *__Discharge/Release/Expose/Store  Abnormally Known High Levels of Radioactive,__* *__Toxic Materials/Compounds and Heavy Metals__* Such as:

    a.  Toxic Industrial Hydrogen Cyanide Waste.

    b.  Toxic Industrial Lead Waste.

Case #: _____

c.  Radioactive Industrial Arsenic Waste.

d.  Radioactive Industrial Radium Waste.

e.  Toxic Industrial Chromium Waste.

f.  Toxic Industrial Phenol Waste.

g.  Toxic Industrial Copper Waste.

h.  Industrial Polycyclic Aromatic Hydrocarbons Waste.

i.  Industrial Benzo(a)Antracene Waste; Industrial Benzo(a)Pyrene Waste.

j.  Industrial Benzo(b)Fluoranthene Waste; Industrial Benzo(k)Fluoranthene Waste.

k.  Industrial Dibenzo(a,h)Antracene Waste.

l.  Industrial Chrycene Waste.

m.  Industrial Indeno(1,2,3-cd)Pyrene Waste, etc.

On to My Person, My Homestead, My Properties, and My Vehicle(s). *Please See Exhibit 1 (EPA Letter Attesting to Contamination/Pollution As Alleged/Asserted Above).*

29.  Whenever Defendant(s) Operate Their Facilities For Manufacturing Coke, Coal, Fiber, Gas/Petroleum Extraction Activities, etc, Defendant(s) Past, Present and Future *Discharges/Releases/Exposures/Storage of Abnormally Known High Levels of Radioactive, Toxic Materials/Compounds and Heavy Metals* During Defendant(s)' Operations (Approximately 24 Hours Per Day, 7 Days Per Week, 365 Days Per Year (24/7/365) of their Manufacturing Activities) of their Manufacturing Activities), Southwest Winds (SW) Blow Defendant(s)' Radioactive and Toxic Materials/Compounds and Heavy Metals On to My Person, My Homestead and My Vehicle(s), In Clear Violation of My Rights To Be Secure and To Enjoy My Life, Liberty and Properties Pursuant to My 4th, 5th, 6th & 14th *Amendments of the U.S. Constitution and Alabama State Declaration of Right.*

Case #: _____

30. Whenever Defendant(s)' Operate Their Facilities For Manufacturing Coke, Coal, Fiber, Gas/Petroleum Extraction Activities, etc, Defendant(s) Past, Present and Future *Discharges/Releases/Exposures/Storage of Abnormally Known High Levels of Radioactive, Toxic Materials/Compounds and Heavy Metals* During Rain and Snows/Ice Melt-Offs Seasons, Defendant(s) Past, Present and Future *Discharges/Releases/Exposures/Storage of Abnormally Known Radioactive, Toxic Materials/Compounds and Heavy Metals* Runs Via Waterways Into My Homestead My Properties, My Vehicle(s) and My Person and Poisoning My Person.

31. Defendant(s)' Past, Present and Continuous Discharge/Release/Exposure/Storage of Known High Levels of Radioactive, and Toxic Materials/Compounds and Heavy Metals, On My Homestead, and My Vehicle(s) With Regards To the Instant Abnormally High Levels of Radioactive and Toxic Materials/Compounds and Heavy Metals, Constitutes a Seizure of My Rights To Be Secure and To Enjoy My Life, Liberty and Properties Pursuant to *My 4th, 5th, 6th & 14th Amendments of the U.S. Constitution and State of Alabama Declaration of Rights Article I, Section 1, Section 5, Section 6, and Section 13.*

32. Defendants' Extreme, Outrageous, Unlawful, Malicious, Capricious, Repugnant and Malevolent Actions Deprived Me and Continue To Deprive Me of My U.S. Constitutionally Established and Guaranteed *4th, 5th, 6th & 14th Amendments of the U.S. Constitution, and Alabama State Declaration of Right*, and Substantive Due Process Rights.

33. Defendant(s) Had No Non-Discriminatory, Lawful or Legitimate Reasons or Justifications to Engage in Extreme, Outrageous, Unlawful, Malicious and Malevolent Actions Alleged Herein.

34. I Humbly Submit and Argue that the Defendant(s) Knew, Had Access to, or Should Have Known that Defendant(s) are Prohibited By the Above Cited/Quoted Relevant Intervening and Controlling Authorities/Statutes/Laws/Regulations/Rules/Policies From Violating My Rights.

**Case #:** _____

35.    As a Direct/Proximate Result of Defendant(s)' Extreme, Outrageous, Unlawful, Malicious and Malevolent Actions, I Sustained/Suffered and Continue to Sustain/Suffer Injuries/Harm as Delineated in this Complaint.

36.    **In So Doing, Defendant(s) Violated the Following Statutes/Laws:** *Provisions of My Established and Guaranteed Constitutional 4th, 5th, 6th & 14th Amendment Rights of the U.S. Constitution, and State of Alabama Declaration of Rights; U.S. EPA* **Toxic Substance Control Act (TSCA) 15 U.S.C § 2601 et seq. (1976);** *U.S. EPA* **Clean Water Act (CWA) 33 U.S.C § 1251 et seq. (1972);** *U.S. EPA* **Clean Air Act (CAA) 42 U.S.C § 7401 et seq. (1972) and** *U.S. EPA* **Resource Conservation and Recovery Act (RCRA) 42 U.S.C. § 6901 et seq. (1976).** Defendant(s) are Estopped from Denying Liability Because Defendant(s) Did Indeed Violate My U.S. Constitutionally Established/Guaranteed Rights and State Declaration of Rights. *Wherefore, Defendant(s) are Vicariously ("qui facit per alium facit per se") Liable to Me.*

Case #: _____

## DEFENDANT(S)' NEGLIGENT/INTENTIONAL DISCHARGE/RELEASE/STORAGE OF KNOWN ABNORMALLY HIGH LEVELS OF RADIOACTIVE, TOXIC MATERIALS/COMPOUNDS AND HEAVY METALS ON MY PERSON, MY HOMESTEAD AND MY VEHICLE(S).

37. On or About June 10th, 2012 To Present, Defendant(s) Without Judicial, Regulatory and My Consent/Sanction, and With Deliberate Indifference to the "Rule of Law", Defendant(s) Unlawfully, Maliciously, Malevolently, Negligently and With Reckless Disregard for My Life, Safety, Security, Health, Liberty and Enjoyment of My Property as Established and Guaranteed By the 4th, 5th, 6th and 14th Amendments of the U.S. Constitution and *State of Alabama Declaration of Rights Article I, Section 1, Section 5, Section 6, and Section 13,* Demonstrated and Continues to Demonstrate a Reckless, Negligent and Intentional Disregard for My Life, Safety, Security, Health, Liberty, and Enjoyment of My Properties, By Purposefully Discharging,/Releasing/Storing Known Abnormally High Levels of Radioactive, Toxic Materials/Compounds and Heavy Metals, Via Airborne and Waterborne Discharges/Releases From Defendant(s) Facilities Located At Shuttleworth Drive, 35th Avenue North, Collegeville, Birmingham, Alabama, and Storage of Known Radioactive, Toxic Material/Compounds and Heavy Metal Storage Waste, In an Uncontrolled Radioactive and Toxic Waste Open Environment, At the End of 41st Avenue North, Collegeville, Birmingham, Alabama, Which is Then Blown Airborne and Eroded By Rain, Melting Snow and Ice, and Migrates, Contaminates, Pollutes and Devalues My Homestead, Properties and Vehicle(s) and Residential District, Without Complying With the "Rule of Law".

38. Defendant(s) Knew, Had Access to Information and/or Should Have Known that Defendant(s) Were in Violation of My Civil Rights and Federal Statutes, EPA Laws, Rules, Regulations and Policies.

39. Defendant(s) Has a Demonstrated Propensity/Custom of Violations of U.S. EPA Statutes, Laws, Rules, Regulations and Policies.

Case #: _____

40. Defendant(s)' Extreme, Outrageous, Unlawful, Malicious, Capricious, Repugnant and Malevolent Actions Deprived Me of His My Constitutionally Established and Guaranteed 4th, 5th, 6th, and 14th Amendment Rights, Substantive Due Process Rights, and State of Alabama Declaration of Rights.

41. Defendant(s) Had No Non-Discriminatory, Lawful or Legitimate Reasons or Justifications to Engage in Extreme, Outrageous, Unlawful, Malicious and Malevolent Actions Alleged Above.

42. I Humbly Submit and Argue that the Defendant(s) Knew, Had Access to, or Should Have Known that Defendant(s) are Prohibited by the Above Cited/Quoted Relevant Intervening and Controlling Authorities/Statutes/Laws/Regulations/Rules/Policies From Violating My Rights.

43. As a Direct/Proximate Result of Defendant(s)' Extreme, Outrageous, Unlawful, Malicious and Malevolent Actions, I Sustained/Suffered and Continue to Sustain/Suffer Injuries/Harm as Delineated in this Complaint.

44. **In So Doing, Defendant(s) Violated the Following Statutes/Laws:** *Provisions of My Established and Guaranteed Constitutional 4th, 5th, 6th & 14th Amendment Rights of the U.S. Constitution, and State of Alabama Declaration of Rights; U.S. EPA* **Toxic Substance Control Act (TSCA) 15 U.S.C § 2601 et seq. (1976);** *U.S. EPA* **Clean Water Act (CWA) 33 U.S.C § 1251 et seq. (1972);** *U.S. EPA* **Clean Air Act (CAA) 42 U.S.C § 7401 et seq. (1972) and** *U.S. EPA* **Resource Conservation and Recovery Act (RCRA) 42 U.S.C. § 6901 et seq. (1976).** Defendant(s) are Estopped from Denying Liability Because Defendant(s) Did Indeed Violate My U.S. Constitutionally Established/Guaranteed Rights and State Declaration of Rights. *Wherefore, Defendant(s) are vicariously ("qui facit per alium facit per se") Liable to Me.*

Case #: _____

## DEFENDANT(S)' INFLICTION OF EMOTIONAL & MENTAL DISTRESS ON MY PERSON.

45.     Between June 10th, 2012 To Present, Defendant(s) **Unlawfully, Unilaterally, Arbitrarily, Negligently, Maliciously, Capriciously, Malevolently, Willfully, Intentionally, Recklessly, Blatantly and Deliberately** Discharged/Released/Stored Known Abnormally High Levels of Radioactive, Toxic Materials/Compounds and Heavy Metals On To My Person, My Homestead and My Vehicle(s), Which I Unsuspectingly/Unknowingly Inhaled/Ingested With Resultant Stress, Illnesses, Lack of Sleep, Rashes, Bleeding Nostrils, Swollen Feet, Passing of Blood in My Vomits and Stool, High Medical Bills That I Have Been Unable To Pay, and Plagued With Physical/Medical Problems, Emotional/Mental Distress, and Can No Longer Live in My Homestead, Because of Defendant(s) Contamination/Pollution of My Homestead With Lead, Radioactive Arsenic, Radium, Polycarbons and Other Toxic Discharges/Releases From Defendant(s)' Facilities.

46.     Defendant(s) Unlawful Actions Were and Are Presently Egregious, Extreme, Outrageous, Malicious, Malevolent, Intentional, Negligent, Reckless, Careless, Capricious, and Repugnant.

47.     Defendant(s)' Unlawful Actions Were Intended to Harm/Injure Me, and Not Intended to Benefit Me and My Community.

48.     Defendant(s) Had No Non-Discriminatory, Lawful or Legitimate Reasons or Justifications to Engage in the Unlawful, Egregious, Extreme, Outrageous, Malicious, Malevolent, Intentional, Negligent, Reckless, Careless, Capricious, and Repugnant Actions Alleged Above.

49.     I Humbly Submit and Argue that the Defendant(s) Knew, Had Access to, or Should Have Known that Defendant(s) are Prohibited by the Above Cited/Quoted Relevant Intervening and Controlling Authorities/Laws, from Violating My Rights.

Case #: _____

50. Defendants' Egregious, Extreme, Outrageous, Unlawful, Malicious, Capricious, Repugnant and Malevolent Actions Deprived Me of My U.S. Constitutionally Established and Guaranteed 4th, 5th, 6th, and 14th Amendment Rights, Substantive Due Process Rights, and State Declaration of Rights.

51. I Humbly Submit and Argue that the Defendant(s) Knew, Had Access to, or Should Have Known that Defendant(s) are Prohibited by the Above Cited/Quoted Relevant Intervening and Controlling Authorities/Statutes/Laws/Regulations/Rules/Policies From Violating My Rights.

52. As a Direct/Proximate Result of Defendant(s)' Extreme, Outrageous, Unlawful, Malicious and Malevolent Actions, I Sustained/Suffered and Continue to Sustain/Suffer Injuries/Harm as Delineated in this Complaint.

53. **In So Doing, Defendant(s) Violated the Following Statutes/Laws:** *Provisions of My Established and Guaranteed Constitutional 4th, 5th, 6th & 14th Amendment Rights of the U.S. Constitution, and State of Alabama Declaration of Rights; U.S. EPA Toxic Substance Control Act (TSCA) 15 U.S.C § 2601 et seq. (1976); U.S. EPA Clean Water Act (CWA) 33 U.S.C § 1251 et seq. (1972); U.S. EPA Clean Air Act (CAA) 42 U.S.C § 7401 et seq. (1972) and U.S. EPA Resource Conservation and Recovery Act (RCRA) 42 U.S.C. § 6901 et seq. (1976).** Defendant(s) are Estopped from Denying Liability Because Defendant(s) Did Indeed Violate My U.S. Constitutionally Established/Guaranteed Rights and State Declaration of Rights. *Wherefore, Defendant(s) are vicariously ("qui facit per alium facit per se") Liable to Me.*

Case #: _____

## AN ANALYSIS OF DEFENDANTS' LIABILITY

54. All Defendant(s) Were at All Times Relevant to the Events Mentioned Herein Actors, and *Acted Outside the Scope of their Authorized Corporate Charter or*, as Employees or Agents/Representatives of Walter Energy, Inc.; aka Walter Coke, Inc., et al; aka Jim Walter Resources, Inc., Before, During and After the Unlawful Discharge/Release/Exposure/Storage of Known Abnormally High Levels of Radioactive, Toxic Materials/Compounds and Heavy Metals On My Person, My Homestead and My Vehicle(s).

55. At All Times Relevant to the Events, the Defendant(s) Were Corporate Actors, Who Engaged in Unlawful Discharge/Release/Exposure/Storage of Known Abnormally High Levels of Radioactive, Toxic Materials/Compounds and Heavy Metals On To Uninformed, Naïve, Unsuspecting Residents of Collegeville, Birmingham, Alabama, and My Person, My Homestead and Vehicle(s).

56. *Defendant(s), Acted and Continue to Act With Insatiable Blind Corporate Greed At The Expense of Innocent Pregnant Women, Aging Parents, Blind Residents, Disabled Residents, Unborn Babies, Children, Deaf Residents, etc, of Collegeville, Birmingham, Alabama.*

57. All Defendant(s) Engaged in Intentional, Negligent and Malevolent Actions That Deprives Me of My U.S and State of Alabama Constitutional Rights.

58. Defendant(s) Acted in Concert/Conspired to Violate *My Established and Guaranteed Constitutional 4th, 5th, 6th & 14th Amendment Rights of the U.S. Constitution, and State of Alabama Declaration of Rights; U.S. EPA Toxic Substance Control Act (TSCA) 15 U.S.C § 2601 et seq. (1976); U.S. EPA Clean Water Act (CWA) 33 U.S.C § 1251 et seq. (1972); U.S. EPA Clean Air Act (CAA) 42 U.S.C § 7401 et seq. (1972) and U.S. EPA Resource Conservation and Recovery Act (RCRA) 42 U.S.C. § 6901 et seq. (1976).*

Case #: _____ _____

59.    Defendant(s) Went Beyond Their Authorized U.S. and State of Alabama Corporate ***Charter***.

60.    The Instant Defendant(s)' Decision/Policy Makers are Liable for the Unlawful Actions of its
       Employees, Agents and/or Representatives Directly, Under the Doctrine of *respondeat superior*.

61.    This Action is Brought Against the Defendant(s) in their Individual and Official Capacities, For
       Violations of My Civil Rights.

## DEFENDANTS' IMPROPER ULTERIOR MOTIVE(S):

62.    Defendant(s) Ulterior Motive(s) is: *"PURE BLIND INSATIABLE/UNTAMED CORPORATE
       GREED" at the Expense of Children, Unborn Babies, Pregnant Women, Girls, Boys, Men,
       Women, Aging Grand Mothers and Grand Fathers, The Blind, Deaf, Disabled, And Disrespect
       of The Environment That Jah Jehovah Created For Everyone's/Our Benefit, Enjoyment, etc.*

       □   *A Seared "CORPORATE CONSCIENCE AND CULTURE" That is Totally
           Bankrupt and Devoid of Empathy, Futuristic Visions, Sense of Responsibilities,
           and Humane God Given Qualities, By Jah Jehovah..*

       □   Deprive Me of My Life, Liberty and Properties.

Case #: _____

## DIRECT/PROXIMATE CAUSATION OF DEFENDANT(S)' UNLAWFUL ACTIONS

63.     In so Far as the Defendant(s) Had No Non-Discriminatory, Lawful or Legitimate Reasons, Lawful Warrants, "Probable Cause", and/or Exigent Circumstances for their Unlawful Actions, The Direct/Proximate Causation of Defendant(s)' Unlawful, Arbitrary, Intentional, Malicious, Malevolent, Reckless and Negligent Actions are:

- ❑ A "Deliberate Indifference" to The "Rule of Law" Which They Swore to Up-Hold in Their Corporate *Charter*.

- ❑ A "Deliberate Indifference" to My U.S. and State of Alabama Constitutionally Secured, Established and Guaranteed Rights.

- ❑ *"PURE BLIND INSATIABLE/UNTAMED CORPORATE GREED" at the Expense of Children, Unborn Babies, Pregnant Women, Girls, Boys, Men, Women, Aging Grand Mas and Grand Pas, The Blind, Deaf, Disabled, And Disrespect of The Environment That Jah Jehovah Created For Our Benefit, Enjoyment, etc.*

- ❑ *A Seared "CORPORATE CONSCIENCE AND CULTURE" That is Totally Bankrupt and Devoid of Empathy, Futuristic Visions, Sense of Responsibilities, and Humane God Given Qualities, By Jah Jehovah.*

- ❑ Deprive Me of My Life, Liberty and Properties.

Case #: _____

## INJURIES/HARM SUFFERED/SUSTAINED FROM DEFENDANT(S)' UNLAWFUL ACTIONS.

64. As a Direct, Foreseeable, and Proximate Results of the Instant Unlawful Actions of the Defendant(s), I Sustained/Suffered Permanent Loss of My Homestead and Damages to My Vehicle(s).

65. As a Direct, Foreseeable, and Proximate Results of the Instant Unlawful Actions of the Defendant(s), I Sustained and Continue to Sustain Financial Losses, and a Mountain of Medical Bills.

66. Defendant(s)' Unlawful Actions are the Direct/Proximate Cause of My Emotional/Mental Distress, That Has Resulted in Skin Eruptions, Sleepless Nights, and Other Stress Related Medical Problems.

67. As a Direct, Foreseeable, and Proximate Results of the Instant Unlawful Actions of the Defendant(s), I Suffered and Will Continue to Suffer Anxiety, Despair, Depression, Mental Pain and Anguish, Emotional Stress, Shame, Homelessness, and Diagnosed Illnesses, All to My Injury/Harm or Damage.

Case #: _____

# COUNT(S)/CLAIM(S).

68.    I Believe the Material Allegations, Material Facts, Material Evidence and Truths Surrounding Defendant(s)' Unlawful and Unauthorized Actions, Perpetrated on the My Person, My Homestead, My Properties and My Vehicle(s) By Defendant(s), and Allege/Asserts Herein, as if Restated, the Following Count(s)/Claim(s):

### COUNT/CLAIM #: 1 – VIOLATION OF MY FEDERAL AND STATE CONSTITUTIONAL RIGHTS BY DEFENDANT(S).

69.    **Material Facts Alleged:** Defendant(s) By Their Unlawful and Unauthorized Actions and Activities Delineated Herein, Violated ***My Inured, Unalienable, Established and Guaranteed Constitutional 4th, 5th, 6th & 14th Amendment Rights of the U.S. Constitution, and State of Alabama Declaration of Rights; U.S. EPA* Toxic Substance Control Act (TSCA) 15 U.S.C § 2601 et seq. (1976); *U.S. EPA* Clean Water Act (CWA) 33 U.S.C § 1251 et seq. (1972); *U.S. EPA* Clean Air Act (CAA) 42 U.S.C § 7401 et seq. (1972) and *U.S. EPA* Resource Conservation and Recovery Act (RCRA) 42 U.S.C. § 6901 et seq. (1976),** and Thus Caused Me Harm/Injuries.

Case #: _____

## COUNT/CLAIM #: 2 – DEFENDANT(S) INTENTIONAL NEGLIGENCE

70.    **Material Facts Alleged:** Defendant(s) By Their Unlawful and Unauthorized Actions and Activities Delineated Herein, Willfully, Deliberately Discharged/Released/Exposed/Stored Known Abnormally High Levels of Radioactive Material/Compounds and Heavy Metals On My Person, My Homestead, and My Vehicles, With Total Disregard To My Life, My Health, My Properties and Liberty in Clear Violation of My *4th, 5th,6th & 14th Amendment Rights of the U.S. Constitution, and State of Alabama Declaration of Rights; U.S. EPA* Toxic Substance Control Act (TSCA) 15 U.S.C § 2601 et seq. (1976); Clean Water Act (CWA) 33 U.S.C § 1251 et seq. (1972); Clean Air Act (CAA) 42 U.S.C § 7401 et seq. (1972) and Resource Conservation and Recovery Act (RCRA) 42 U.S.C. § 6901 et seq. (1976) *With Deliberate Indifference to The "Rule of Law"*, and Thus Demonstrated Pure Intentional Negligence on the Part of the Defendant(s).

## COUNT/CLAIM #: 3 – INTENTIONAL INFLICTION OF EMOTIONAL AND METAL DISTRESS

71.    **Material Facts Alleged:** Defendant(s) By Their Unlawful and Unauthorized Actions and Activities Delineated Herein, Intentionally, Maliciously, Unlawfully and Malevolently Has and Continue to Cause Me Emotional and Mental Distress With Resultant Illnesses, Loss of My Homestead, Loss My Properties, Loss of Income, Soaring Medical Bills, Homelessness, and Other Related Problems.  Wherefore, The Defendant(s) Are Liable To Me.

**Case #:** _____

# REQUEST FOR RELIEF

In Consideration of the Litany of Defendant(s)' Indifference to the "Rule of Law"; Willful and Gross
Violations of Federal and State Laws, Statutes and Public Policies; Supporting Material Facts; Supporting
Material Evidence; Relevant Supporting Intervening and Controlling
Authorities/Statutes/Laws/Regulations/Rules/Policies, I Humbly Petition this Honorable Court to Issue a
Declaratory and Injunctive Order Directing Defendant(s) to:

   a.  Cease and Desist From Any and All Unlawful, Willful, Extreme, Outrageous, Malicious,
       Intentional, Negligent, Reckless, Malevolent and Self-Defeating Actions, and Deliberate/Unruly
       Indifference to the "Rule of Law", as Delineated Above For The Sake of Peace and Justice.

   b.  Declare the Unlawful Actions of the Defendant(s) Alleged and Delineated Above As
       Violations, Deprivation and Stripping of My Clearly Established and Guaranteed Godly
       (Jah, Jehovah), Federal, and Alabama State Rights, As Factually Alleged in This Complaint.

   c.  Enter a Permanent Injunction Directing Defendant(s) to Take Affirmative Steps Necessary to
       Prevent Recurrence of the Above Alleged Unlawful Actions, and Provide the Proof of Such
       Preemptive Measures and Compliance, to This Honorable Court and to Myself.

   d.  Award Plaintiff Compensatory Damages (Replace and Relocate My Homestead, My Properties,
       Replace My Vehicle(s), Compensation For Past, Present and Future Medical Bills,
       Compensation For Intentional Emotional and Mental Distress); Statutory Damages; Punitive
       Damages; Attorney's Fee; Cost of Action; Interest, and Any Other Damages/Relief.

   e.  Award Plaintiff Any Other Relief as this Honorable Court Deems Just and Proper, Pursuant With
       Federal and State of Alabama Statutes and Laws.

Case #: _____

Respectfully Submitted,

*Kess Tani*
7528 67th Courtway South,
Birmingham, AL 35212
E-Mail: kess.tani@yahoo.com
PHONE #: 443 - 528 - 6816

## PS:  PLAINTIFF HEREBY INVITES THE DEFENDANTS ONCE AGAIN, TO AMICABLY SETTLE OUT OF COURT IN "GOOD FAITH", IF THEY ARE SO INCLINED.

### CERTIFICATE OF SERVICE

This is to Certify that I, Kess Tani, Plaintiff, Served a Copy of This Proceedings To All Defendants Via The U.S. Marshal Service, To Defendant(s)' Resident Agent of Record - CT Corporation System,  2 North Jackson Street, Suite 605, Montgomery, Alabama 36104, And to the Clerk of Court for Filing, In Person, On or About May 15th, 2014.

Kess Tani: _K . Tani_____                     Date: May 15th, 2014

## *LAST KNOWN ADDRESS OF DEFENDANTS' RESIDENT AGENT/ATTORNEYS OF RECORD*

| | |
|---|---|
| Defendants – Walter Energy, Inc., et al<br>aka Walter Coke, Inc., et al,<br>aka Jim Walter Energy, Inc., et al<br>C/O CT Corporation System,<br>2 North Jackson Street, Suite 605,<br>Montgomery, Alabama 36104 | |
| | |

Kess Tani                    Page 27 of 27

*TANI V. WALTER ENERGY, INC ET AL*

*CASE # _____*



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 4
SAM NUNN ATLANTA FEDERAL CENTER
61 FORSYTH STREET, SW
ATLANTA, GEORGIA  30303

December 2, 2013

*EXHIBIT 1*

Kesiena Tani
3510 41st Ave N
Birmingham, AL 35207

SUBJECT:   35th Avenue Superfund Site
Removal Activities at Property 3510 41st Ave N, HP-0037

Dear Kesiena Tani:

During a sampling assessment conducted from November 2012 through June 2013, the U.S. Environmental Protection Agency conducted soil sampling on your property. The purpose of the sampling was to assess the nature and extent of contamination in soils and to evaluate if any further response actions are necessary to protect human health and the environment. The sampling results for your property are enclosed for your information.

The soil samples collected from your property were analyzed for arsenic and/or certain polycyclic aromatic hydrocarbons (PAHs). The EPA has evaluated the sampling results and determined that contaminants are present in the soil on your property in concentrations that call for a removal of soils to stop human exposure to hazardous substances. The EPA recommends that you limit exposure to the soil in your yard. Take care to prevent ingestion of contaminated soil by washing your hands after working in your yard or garden and clean the hands and toys of young children if they have been playing in the yard. Fact sheets are enclosed to provide additional information regarding PAHs, Lead and Arsenic.

In January 2014, the EPA will be contacting you regarding removal of contamination from your property. If you have any questions regarding the results or would like additional information, please contact Stephanie Y. Brown, the EPA Community Involvement Coordinator, at (205) 326-8640. You can also attend the Public Meeting on December 12, 2013, to be held at the Hudson K-8 School at 6:00 p.m. A representative from the EPA will be available to discuss your sampling results and any removal activities that are proposed.

Sincerely,

Richard J. Jardine
On-Scene Coordinator

EPA Region 4
Emergency Response and Removal Branch
E-mail:

Enclosures