IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KESIENA "KESS" TANI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:14-cv-00890-HGD |
| WALTER ENERGY, INC, | ) | |
| WALTER COKE, INC., JIM | ) | |
| WALTER RESOURCES, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**REPLY BRIEF IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

COME NOW Defendants[1] and hereby submit this Reply Brief in Support of their Motion to Dismiss Plaintiff's Complaint.

On September 30, 2014, this Court entered an Order [Doc. 9] establishing a briefing schedule in connection with Defendants' Motion to Dismiss Plaintiff's Complaint [Doc. 6]. That Order directed Plaintiff to file his response to Defendants' Motion to Dismiss within fourteen (14) days of the entry of the Order (*i.e.*, October 14, 2014), and directed Defendants to file any reply within seven (7) days thereafter (*i.e.*, October 21, 2014).

---

[1] The Complaint appears to name the following as Defendants:  Walter Energy, Inc., Walter Coke, Inc., Jim Walter Resources, Inc., Walter J. Scheller, Daniel P. Cartwright, Richard A. Donnelly, Earl H. Doppelt, Michael D. Griffin, Michael L. Hurley, Thomas J. Lynch, Michael T. Madden, Robert P. Kerley, Michael T. Tokarz, David R. Beatty, Mary R. "Nina" Henderson, Jerry W. Kolb, Patrick A. Kriegshauser, Joseph B. Leonard, Graham Mascall, Bernard G. Rethore, Walter J. Scheller, III, A.J. Wagner, and individual shareholders. (Compl. ¶ 19.) This Reply Brief in Support will refer collectively to the "Defendants."

Plaintiff has not filed a response to Defendants' Motion to Dismiss, as directed by this Court's September 30, 2014 Order. Accordingly, Defendants respectfully submit that their Motion to Dismiss is due to be granted for the reasons set forth in the Brief in Support of that Motion.

Respectfully submitted this 21st day of October 2014.

/s/ David M. Meezan
David M. Meezan
Georgia Bar No. 500882
Robert D. Mowrey
Georgia Bar No. 527510
C. Max Zygmont
Georgia Bar No. 567696
Bryan Grucza
ASB-5761-G05L
Georgia Bar No. 657946

KAZMAREK MOWREY CLOUD LASETER LLP
1230 Peachtree Street
Suite 3600
Atlanta, Georgia 30309
Phone: (404) 812-0839
Fax: (404) 812-0845

OF COUNSEL:

Alfred F. Smith, Jr.
ASB-8536-S70A
BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
The Luckie Building, Ste. 415
600 Luckie Drive
P. O. Box 530886
Birmingham, Alabama 35253
Ph. (205) 879-1100
Fax (205) 879-4300

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2014, the foregoing <u>Reply Brief in Support of Defendants' Motion to Dismiss Plaintiff's Complaint and</u> was filed electronically with the Clerk of Court using the CM/ECF system and a copy was served on the *pro se* Plaintiff by Certified United States mail, postage pre-paid, addressed as follows:

Mr. Kesiena "Kess" Tani
7528 67th Courtway S.
Birmingham, AL 35212

<u>/s/David M. Meezan</u>
*Attorney for Defendants*